917 A.2d 785

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. GERARD WEBB, DEFENDANT–PETITIONER.

February 23, 2007.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale* 184 *N.J.* 458, 878 *A.*2d 724 (2005) and *State v. Pierce* 188 *N.J.* 155, 902 *A.*2d 1195 (2006).